**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BISCHOF, MATHIAS M | § Case No. 15-40206 |
| BISCHOF, BETH A | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 25, 2015. The undersigned trustee was appointed on November 25, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         8,070.19

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 86.07 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]   $ | 7,984.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/31/2016 and the deadline for filing governmental claims was 05/23/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,557.02. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,557.02, for a total compensation of $1,557.02.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/02/2018      By: /s/THOMAS E. SPRINGER, TRUSTEE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40206  
**Case Name:** BISCHOF, MATHIAS M  
BISCHOF, BETH A  
**Period Ending:** 01/02/18

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/25/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 03/31/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Personal residence 1/2 undivided interest in 6N009 Foxwoods Ct, St Charles, IL 60175, Debtor's father, Donald Bischof, owns remaining, interest | 191,500.00 | 0.00 | | 0.00 | FA |
| 2   Lot 19 Meadow Ridge Subdivision - vacant 1.19 acre, lot adjacent to debtors' residence owned by Mathias, Bischof; unencumbered  Trustee investigated lot; tax liens exceed value;  see memo  (See Footnote) | 50,000.00 | 0.00 | | 0.00 | FA |
| 3   Checking Acct #XXXX0202 Chase Bank    Orig. Description: Checking Acct 536 Randall Rd South Elgin, IL 60177 | 1,047.15 | 0.00 | | 0.00 | FA |
| 4   Checking Acct #XXXX4959 Fifth-Third Bank    460 S Randall Rd South Elgin, IL 60177 | 15.31 | 0.00 | | 0.00 | FA |
| 5   Savings Acct #XXXX8119 Fifth-Third Bank    460 S Randall Rd South Elgin, IL 60177 | 865.43 | 0.00 | | 0.00 | FA |
| 6   Savings Acct#XXXX8101 Fifth-Third Bank 460 S Ran    460 S Randall Rd South Elgin, IL 60177 | 31.13 | 0.00 | | 0.00 | FA |
| 7   Checking Acct #XXXX9364 West Suburban Bank    711 Westmore Meyers Rd Lombard, IL 60148-3777 | 700.00 | 0.00 | | 0.00 | FA |
| 8   Miscellaneous furniture and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9   CUNA Mutual Group Term Life Policy #XXXX6216    Orig. Description: CUNA $100,000 Face value Beth Bischof beneficiary No cash value | 0.00 | 0.00 | | 0.00 | FA |
| 10  CUNA Mutual Group Term Life Policy #XXXX6216 | 0.00 | 0.00 | | 0.00 | FA |
| 11  401(k) Acct #XXXX0415 Fidelity PO Box 770001    Cincinnati, OH 45277 | 16,121.00 | 0.00 | | 0.00 | FA |
| 12  50 shares Starbucks | 3,137.00 | 0.00 | | 0.00 | FA |
| 13  Possible 2015 tax refund | Unknown | 8,603.10 | | 8,070.19 | FA |
| 14  2014 Jeep Grand Cherokee - 55,300 miles | 38,948.00 | 0.00 | | 0.00 | FA |
| 15  2013 Chrysler T&C Touring - 47,000 miles | 13,884.00 | 0.00 | | 0.00 | FA |
| 16  1983 14 foot Bayliner Capri boat | 2,000.00 | 0.00 | | 0.00 | FA |
| **16   Assets   Totals** (Excluding unknown values) | **$319,249.02** | **$8,603.10** | | **$8,070.19** | **$0.00** |

Printed: 01/02/2018 03:33 PM    V.13.30

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40206  
**Case Name:** BISCHOF, MATHIAS M  
BISCHOF, BETH A  
**Period Ending:** 01/02/18

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 11/25/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 03/31/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 2   Trustee had realtor appraise vacant lot and it was determined that lot is land locked and therefore the only interested buyers were the adjacent landowners which reduced its value to $10,000-$15,000. Further investigation discovered there were tax liens in excess of $10,000.00 and thus no equity for the estate.

**Major Activities Affecting Case Closing:**

Trustee and Debtors agreed for debtors to turnover their 2015 tax refund and an order was entered February 19, 2016 ordering same. Debtor's attorney has advised that the Debtor and co-debtor are separated and that the Debtor received the refund and spent it. Trustee will be filing an adversary to revoke the Debtor's discharge.

**Initial Projected Date Of Final Report (TFR):**   December 15, 2017         **Current Projected Date Of Final Report (TFR):**   December 15, 2017

Printed: 01/02/2018 03:33 PM   V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-40206  
**Case Name:** BISCHOF, MATHIAS M  
BISCHOF, BETH A  
**Taxpayer ID #:** **-***8133  
**Period Ending:** 01/02/18

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****516866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/17 | {13} | Mathias Bischof via Derrick B. Hager, Attorney | Turnover Tax Refund | 1124-000 | 1,000.00 | | 1,000.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 04/04/17 | {13} | Mathias Bischof via Derrick B. Hager, Attorney | Turnover Tax Refund | 1124-000 | 2,000.00 | | 2,990.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,960.00 |
| 07/25/17 | {13} | Mathias & Beth Bischof | Turnover Tax Refund | 1124-000 | 5,070.19 | | 8,030.19 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,020.19 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.68 | 8,007.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.13 | 7,996.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.26 | 7,984.12 |
| | | | **ACCOUNT TOTALS** | | 8,070.19 | 86.07 | **$7,984.12** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,070.19 | 86.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,070.19** | **$86.07** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****516866** | 8,070.19 | 86.07 | 7,984.12 |
| | **$8,070.19** | **$86.07** | **$7,984.12** |

{} Asset reference(s)

Printed: 01/02/2018 03:33 PM V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 31, 2016

**Case Number:** 15-40206  
**Debtor Name:** BISCHOF, MATHIAS M

Page: 1

**Date:** January 2, 2018  
**Time:** 03:34:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,557.02 | $0.00 | 1,557.02 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Deferal of filing fee; adversary case #17-00069 | $350.00 | $0.00 | 350.00 |
| ATTYFEES<br>210 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Rd., Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,483.50 | $0.00 | 6,483.50 |
| 1<br>100 | Bridgeview Bank Group<br>Co Beau T Greiman, Greiman,,Rome &<br>Griesmeyer, LLC,24115 W 103rd St Suite B<br>Naperville, IL 60564 | Secured | Claim allowed in the secured amount of $1,000 and balance unsecured ($44,944.27) pursuant to Order entered 12/1/17 | $1,000.00 | $0.00 | 1,000.00 |
| 1A<br>610 | Bridgeview Bank Group<br>Co Beau T Greiman, Greiman,,Rome &<br>Griesmeyer, LLC,24115 W 103rd St Suite B<br>Naperville, IL 60564 | Unsecured | Claim allowed in the secured amount of $1,000 and balance unsecured ($44,944.27) pursuant to Order entered 12/1/17 | $44,944.27 | $0.00 | 44,944.27 |
| 2<br>610 | Weiler & Lengle, P.C.<br>2445 Dean Street, Suite G<br>St. Charles, IL 60175-4828 | Unsecured | | $5,800.00 | $0.00 | 5,800.00 |
| 3<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $3,240.93 | $0.00 | 3,240.93 |
| 4<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,136.05 | $0.00 | 1,136.05 |
| 5<br>610 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197 | Unsecured | | $8,111.65 | $0.00 | 8,111.65 |
| 6<br>610 | Neri Landscaping<br>PO Box 1053<br>Saint Charles, IL 60174 | Unsecured | | $756.00 | $0.00 | 756.00 |
| 7<br>610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $398.43 | $0.00 | 398.43 |
| 8<br>610 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $189.25 | $0.00 | 189.25 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 31, 2016

**Case Number:** 15-40206  
**Debtor Name:** BISCHOF, MATHIAS M

Page: 2

**Date:** January 2, 2018  
**Time:** 03:34:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9<br>610 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Lowes)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $1,516.98 | $0.00 | 1,516.98 |
| **<< Totals >>** | | | | 75,484.08 | 0.00 | 75,484.08 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-40206
Case Name: BISCHOF, MATHIAS M
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 7,984.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 |

Total to be paid to secured creditors: $ 1,000.00
Remaining balance: $ 6,984.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,557.02 | 0.00 | 1,557.02 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 6,483.50 | 0.00 | 5,077.10 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses: $ 6,984.12
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,093.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Bridgeview Bank Group | 44,944.27 | 0.00 | 0.00 |
| 2 | Weiler & Lengle, P.C. | 5,800.00 | 0.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 3,240.93 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 1,136.05 | 0.00 | 0.00 |
| 5 | First National Bank of Omaha | 8,111.65 | 0.00 | 0.00 |
| 6 | Neri Landscaping | 756.00 | 0.00 | 0.00 |
| 7 | Capital One, N.A. | 398.43 | 0.00 | 0.00 |
| 8 | American InfoSource LP as agent for | 189.25 | 0.00 | 0.00 |
| 9 | Portfolio Recovery Associates, LLC | 1,516.98 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**