UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **BISCHOF, MATHIAS M. and** | ) | Bankruptcy No. 15-40206 |
| **BISCHOF, BETH A.,** | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12, 2018 I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

G. ALEXANDER MCTAVISH
105 E. GALENA BLVD.
8TH FLOOR
Aurora, IL 60505

**VIA REGULAR MAIL**

BISCHOF, MATHIAS M
BISCHOF, BETH A
6N009 FOXWOOD CT
SAINT CHARLES, IL 60175

Bridgeview Bank Group
Co Beau T Greiman,
Greiman, Rome &
Griesmeyer, LLC, 24115 W
103rd St Suite B
Naperville, IL 60564

Weiler & Lengle, P.C.
2445 Dean Street, Suite G
St. Charles, IL 60175-4828

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

First National Bank of Omaha
1620 Dodge Street, Stop code
3105
Omaha, NE 68197

Neri Landscaping
PO Box 1053
Saint Charles, IL 60174PO BOX
5609
Greenville, TX 75403-5609

Capital One, N.A.
c o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American InfoSource LP as
agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-
8838

Portfolio Recovery
Associates, LLC
Successor to Synchrony Bank
(Lowes)
POB 41067
Norfolk, VA 23541

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000