**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BISCHOF, MATHIAS M § Case No. 15-40206
BISCHOF, BETH A §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $319,249.02            Assets Exempt: $43,921.02
(without deducting any secured claims)

Total Distribution to Claimants: $1,000.00      Claims Discharged
                                                Without Payment: $66,093.56

Total Expenses of Administration: $7,070.19
```

3) Total gross receipts of $ 8,070.19 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,070.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,476.59 | 8,176.59 | 7,070.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,096.35 | 66,093.56 | 66,093.56 | 0.00 |
| **TOTAL DISBURSEMENTS** | $54,096.35 | $75,570.15 | $75,270.15 | $8,070.19 |

4) This case was originally filed under Chapter 7 on November 25, 2015. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2018          By: /s/THOMAS E. SPRINGER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible 2015 tax refund | 1124-000 | 8,070.19 |
| **TOTAL GROSS RECEIPTS** | | **$8,070.19** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bridgeview Bank Group | 4120-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,000.00** | **$1,000.00** | **$1,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,557.02 | 1,557.02 | 1,557.02 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 6,483.50 | 6,183.50 | 5,077.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.68 | 12.68 | 12.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.13 | 11.13 | 11.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.26 | 12.26 | 12.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,476.59 | $8,176.59 | $7,070.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Bridgeview Bank Group | 7100-000 | 41,417.35 | 44,944.27 | 44,944.27 | 0.00 |
| 2 | Weiler & Lengle, P.C. | 7100-000 | 5,800.00 | 5,800.00 | 5,800.00 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 3,241.00 | 3,240.93 | 3,240.93 | 0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 1,026.00 | 1,136.05 | 1,136.05 | 0.00 |
| 5 | First National Bank of Omaha | 7100-000 | N/A | 8,111.65 | 8,111.65 | 0.00 |
| 6 | Neri Landscaping | 7100-000 | 756.00 | 756.00 | 756.00 | 0.00 |
| 7 | Capital One, N.A. | 7100-000 | 356.00 | 398.43 | 398.43 | 0.00 |
| 8 | American InfoSource LP as agent for | 7100-000 | N/A | 189.25 | 189.25 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 9 | Portfolio Recovery Associates, LLC | 7100-000 | 1,500.00 | 1,516.98 | 1,516.98 | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$54,096.35** | **$66,093.56** | **$66,093.56** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40206  
**Case Name:** BISCHOF, MATHIAS M  
BISCHOF, BETH A  
**Period Ending:** 05/15/18

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 11/25/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 03/31/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Personal residence 1/2 undivided interest in 6N009 Foxwoods Ct, St Charles, IL 60175, Debtor's father, Donald Bischof, owns remaining, interest | 191,500.00 | 0.00 | | 0.00 | FA |
| 2 | Lot 19 Meadow Ridge Subdivision - vacant 1.19 acre, lot adjacent to debtors' residence owned by Mathias, Bischof; unencumbered<br>Trustee investigated lot; tax liens exceed value; see memo (See Footnote) | 50,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct #XXXX0202 Chase Bank<br>Orig. Description: Checking Acct 536 Randall Rd South Elgin, IL 60177 | 1,047.15 | 0.00 | | 0.00 | FA |
| 4 | Checking Acct #XXXX4959 Fifth-Third Bank 460 S Randall Rd South Elgin, IL 60177 | 15.31 | 0.00 | | 0.00 | FA |
| 5 | Savings Acct #XXXX8119 Fifth-Third Bank 460 S Randall Rd South Elgin, IL 60177 | 865.43 | 0.00 | | 0.00 | FA |
| 6 | Savings Acct#XXXX8101 Fifth-Third Bank 460 S Ran 460 S Randall Rd South Elgin, IL 60177 | 31.13 | 0.00 | | 0.00 | FA |
| 7 | Checking Acct #XXXX9364 West Suburban Bank 711 Westmore Meyers Rd Lombard, IL 60148-3777 | 700.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous furniture and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | CUNA Mutual Group Term Life Policy #XXXX6216<br>Orig. Description: CUNA $100,000 Face value Beth Bischof beneficiary No cash value | 0.00 | 0.00 | | 0.00 | FA |
| 10 | CUNA Mutual Group Term Life Policy #XXXX6216 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401(k) Acct #XXXX0415 Fidelity PO Box 770001 Cincinnati, OH 45277 | 16,121.00 | 0.00 | | 0.00 | FA |
| 12 | 50 shares Starbucks | 3,137.00 | 0.00 | | 0.00 | FA |
| 13 | Possible 2015 tax refund | Unknown | 8,603.10 | | 8,070.19 | FA |
| 14 | 2014 Jeep Grand Cherokee - 55,300 miles | 38,948.00 | 0.00 | | 0.00 | FA |
| 15 | 2013 Chrysler T&C Touring - 47,000 miles | 13,884.00 | 0.00 | | 0.00 | FA |
| 16 | 1983 14 foot Bayliner Capri boat | 2,000.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets   Totals** (Excluding unknown values) | **$319,249.02** | **$8,603.10** | | **$8,070.19** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-40206  
**Case Name:** BISCHOF, MATHIAS M  
BISCHOF, BETH A  
**Period Ending:** 05/15/18

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 11/25/15 (f)  
**§341(a) Meeting Date:** 12/21/15  
**Claims Bar Date:** 03/31/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

RE PROP# 2   Trustee had realtor appraise vacant lot and it was determined that lot is land locked and therefore the only interested buyers were the adjacent landowners which reduced its value to $10,000-$15,000. Further investigation discovered there were tax liens in excess of $10,000.00 and thus no equity for the estate.

**Major Activities Affecting Case Closing:**

TFR hearing 2/2/2018

**Initial Projected Date Of Final Report (TFR):**   December 15, 2017   **Current Projected Date Of Final Report (TFR):**   January 5, 2018  (Actual)

Printed: 05/15/2018 02:50 PM   V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-40206  
**Case Name:** BISCHOF, MATHIAS M  
BISCHOF, BETH A  
**Taxpayer ID #:** **-***8133  
**Period Ending:** 05/15/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****516866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/17 | {13} | Mathias Bischof via Derrick B. Hager, Attorney | Turnover Tax Refund | 1124-000 | 1,000.00 | | 1,000.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 04/04/17 | {13} | Mathias Bischof via Derrick B. Hager, Attorney | Turnover Tax Refund | 1124-000 | 2,000.00 | | 2,990.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,960.00 |
| 07/25/17 | {13} | Mathias & Beth Bischof | Turnover Tax Refund | 1124-000 | 5,070.19 | | 8,030.19 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,020.19 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.68 | 8,007.51 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.13 | 7,996.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.26 | 7,984.12 |
| 02/16/18 | 101 | Bridgeview Bank Group | Dividend paid 100.00% on $1,000.00; Claim# 1; Filed: $1,000.00; Reference: | 4120-000 | | 1,000.00 | 6,984.12 |
| 02/16/18 | 102 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 6,634.12 |
| 02/16/18 | 103 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,557.02, Trustee Compensation; Reference: | 2100-000 | | 1,557.02 | 5,077.10 |
| 02/16/18 | 104 | THOMAS E. SPRINGER | Dividend paid 82.10% on $6,183.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,077.10 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,070.19 | 8,070.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,070.19 | 8,070.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,070.19 | $8,070.19 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****516866 | 8,070.19 | 8,070.19 | 0.00 |
| | $8,070.19 | $8,070.19 | $0.00 |

{} Asset reference(s)